■ ELYSE T. WINER, Respondent, v. NORMAN WINER, Appellant.— In an action for divorce, defendant appeals from an order of the Supreme Court, Westchester County, dated September 30, 1971, which granted plaintiff $300 per week as temporary alimony, ordered defendant to pay plaintiff $2,500 for her counsel fees and further ordered him to pay certain other miscellaneous expenses. Order affirmed, on consent, without costs. No opinion. Pursuant to the oral stipulation of counsel during the argument of this appeal, defendant will submit to an examination before trial as to his finances during the current week at the office of plaintiff's attorneys and the case is ordered on the trial calendar for trial to commence during the week of December 6, 1971, subject to the service and filing of an appropriate note of issue and payment of the fee therefor. Latham, Acting P. J., Shapiro, Gulotta, Brennan and Benjamin, JJ., concur.

## (December 2, 1971)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN CHARLES HAMPSON, Appellant.— Judgment of conviction of the County Court, Suffolk County, rendered April 16, 1971, modified, in the exercise of discretion, by reducing the sentence imposed to the time served and placing defendant on probation for a period of three years, commencing from the date of sentence, with the Special Narcotics Provisions of Probation as conditions of the probation. As so modified, judgment affirmed. In our opinion, the sentence imposed on defendant was excessive to the extent indicated herein. Hopkins, Acting P. J., Shapiro, Gulotta, Christ and Benjamin, JJ., concur.